*State v. Tate,* Hamilton App. No. C–020188.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0766.   State v. Tate.**

Hamilton App. No. C–020188. Discretionary appeal allowed and cause consolidated with 2003–0765, *State v. Chandler,* Hamilton App. No. C–020253.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0778.   Musser v. Musser.**

Adams App. No. 02CA750, 2003-Ohio-1440. Discretionary appeal allowed, cause consolidated with 2003–0780, *Musser v. Musser,* Adams App. No. 02CA750, 2003-Ohio-1440, causes held for the decision in 2002–1956, *Tucker v. Wilson,* Clermont App. No. CA2002–01–002, 2002-Ohio-5142, and briefing schedule stayed.

**2003–0794.   Heath v. Fid. & Cas. Co. of New York.**

Summit App. No. 21221, 2003-Ohio-1303. Discretionary appeal allowed on Propositions of Law Nos. I and II and cause held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502.

O'DONNELL, J., concurs.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., concur but would also allow Propositions of Law Nos. III through VIII and hold for the decision in *Galatis.*

O'CONNOR, J., concurs in part, would allow on Proposition of Law No. I only, and would hold the cause for the decision in 2002–1956, *Tucker v. Wilson,* Clermont App. No. CA2002–01–002, 2002-Ohio-5142.

RESNICK and F.E. SWEENEY, JJ., dissent.

Discretionary cross-appeal denied.

MOYER, C.J., concurs in part, would allow on Proposition of Law No. I, and would hold the cross-appeal for the decision in *Tucker.*

PFEIFER, J., dissents and would allow the cross-appeal.

LUNDBERG STRATTON, J., dissents, would allow the cross-appeal, and would hold the cross-appeal for the decision in *Galatis.*

**2003–0814.   Rucker v. Everen Securities, Inc.**

Cuyahoga App. No. 81540, 2003-Ohio-1166.

F.E. SWEENEY, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2003–0820.   State v. Miller.**

Cuyahoga App. No. 81608, 2003-Ohio-1168. Discretionary appeal allowed and cause held for the decision in 2002–1888, *State v. Jordan,* Cuyahoga App. No. 80675, 2002-Ohio-4587; briefing schedule stayed.

RESNICK, J., concurs but would not hold for *State v. Jordan.*

F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0827.   Akron Gen. Med. Ctr. v. James.**

Holmes App. No. 2002CA009. Discretionary appeal allowed and cause consolidated with 2003–0867, *Akron Gen. Med. Ctr. v. James,* Holmes App. No. 2002CA009.

MOYER, C.J., and O'DONNELL, J., would allow but would hold the causes for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-903.

LUNDBERG STRATTON, J., would allow but would hold the causes for the decision in *Burkhart* and 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502.

O'CONNOR, J., would allow but would hold the causes for the decision in *Galatis.*

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Discretionary cross-appeal denied.

**2003–0840.   Frisch v. CNA Commercial Ins. Co.**

Seneca App. Nos. 13–02–36 and 13–02–40, 2003-Ohio-1574. Discretionary appeal allowed, cause consolidated with 2003–0981, *Frisch v. CNA Commercial Ins. Co.,* Seneca App. Nos. 13–02–36 and 13–02–40, 2003-Ohio-1574, causes held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark